UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 2:11-cr-271 (FSH) |
| v. : | |
| : | **ORDER** |
| MARUK MASOOD. : | |
| : | |

_____

      This matter having come before the Court upon a Motion for Early Termination of Probation dated August 1, 2014 [Document No. 69] by Defendant Maruk Massod, represented by his attorney John P. McDonald, the Government having submitted opposition on August 5, 2014 [Document No. 70]; and

      the Court having reviewed the parties' briefs, considered the seriousness of the crime, considered Judge Brown's reasons for imposing a sentence with a substantive variance from the advisory guideline range, considered whether any change of circumstances has occurred since the time of sentencing, and

      the Court having determined that the probationary sentence conferred a major benefit upon the defendant; that serving out that minor sentence does not impose an undue burden on the defendant; that the burden of being on probation for the term imposed was itself a lenient sentence in light of the serious crime involved, which sought to enrich the defendants at the expense of the American taxpayers who must support Medicaid and other subsidized medical programs; and that Judge Brown's intent in imposing that sentence was to keep the defendant out of jail to care for

her children, but yet also to be a daily reminder of the crime she had participated in to serve as a deterrence;

**IT IS** on this 8th day of August 2014,

**ORDERED** that the Defendant's request is **DENIED**.  The sentence of probation will be continued to its conclusion.

s/ Faith S. Hochberg

United States District Judge
